IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHI LIN, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-07-2992 |
| | § | |
| MICHAEL CHERTOFF, *et al.*, | § | |
| | § | |
| Respondents | § | |

**ORDER**

The respondents, Michael Chertoff, *et al.*, have filed a motion to dismiss the petition for writ of habeas corpus filed by Chi Lin on the basis that he is properly detained under 8 U.S.C. § 1231(a). Lin filed his petition for a writ of habeas corpus in September 2007. He asserted that he had been detained more than six months since his final removal order; that his removal is not likely in the reasonably foreseeable future; that no special circumstances justify his continued detention; and that his continued detention violates substantive due process.

On November 30, 2005, an immigration judge found Lin removable and ordered him removed to China under 8 U.S.C. § 1182(a)(7)(A)(i)(I). The Board of Immigration Appeals affirmed the decision, dismissing Lin's appeal on March 20, 2006. On May 16, 2006, the Fifth Circuit Court of Appeals stayed Lin's removal pending a review of the petition for review he had filed. That review concluded with a denial of the petition on September 24, 2007. Under the statute, if an alien is ordered removed, that order is judicially reviewed, and

a court stays the removal pending the review, the 90-day removal period begins on the "date of the court's final order." 8 U.S.C. § 1231(a)(1)(B)(ii). The Fifth Circuit's final order issued on September 24, 2007. Despite the length of time Lin has been detained, the 90-day period after the court's final order has not expired.

The petition for habeas corpus is denied on the current record.

SIGNED on December 20, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge